# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form7instructions.pdf

**9th Cir. Case Number(s)** 22-55890

**Case Name** Hanagami v. Epic Games, Inc., et. al.

**Counsel submitting this form** David L. Hecht, Hecht Partners LLP

**Represented party/parties** Kyle Hanagami

*Briefly describe the dispute that gave rise to this lawsuit.*

Epic Games copied Hanagami's registered choreography, which was packaged and sold as an "emote" in the online store for its popular Fortnite videogame. An emote allows a player to perform some movement, like Hanagami's choreography, using an avatar. A side-by-side video submitted as part of the record below illustrates that the emote in question, called "It's Complicated," includes movement that is precisely duplicated from the registered choreography.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *Rev. 9/01/22*

*Briefly describe the result below and the main issues on appeal.*

The lower court dismissed the case on a motion to dismiss. The Court found that the infringed material ("the Steps"), which constitutes a portion of the overall registered work, did not contain elements that were protectable. The Court also evaluated the similarities between the works under the Ninth Circuit's extrinsic analysis, which requires that the works be "considered as a whole," and held that they are not substantially similar, because other than "the Steps," which are unprotectable on their own, "Plaintiff identifies no other similar creative elements in Plaintiff and Defendant's choreographic works."

The issues on appeal include whether the infringed portion of the work is protectable and whether, under the extrinsic analysis set forth by the Ninth Circuit, the works are substantially similar.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no related proceedings.

**Signature** s/ David Hecht  **Date** 10/4/22
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *Rev. 9/01/22*